FEBRUARY 1, 2006

No. 05A699. CRAWFORD, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. *v.* TAYLOR. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eighth Circuit on January 31, 2006, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

No. 05A705. CRAWFORD, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. *v.* TAYLOR. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eighth Circuit on February 1, 2006, presented to JUSTICE ALITO, and by him referred to the Court, denied. THE CHIEF JUSTICE, JUSTICE SCALIA, and JUSTICE THOMAS would grant the application to vacate the stay of execution.

No. 05–8919 (05A694). TAYLOR *v.* CRAWFORD, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this application and this petition.

FEBRUARY 8, 2006

No. 05–9143 (05A730). IN RE NEVILLE. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 05–9136 (05A728). NEVILLE *v.* LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.